In the Matter of the Application of JOSEPH SORIANO,
Appellant, for a Writ of Habeas Corpus against JAMES
KANE, Warden of the City Prison in the County of
Kings, Respondent.

Reported below, 166 App. Div. 935.
(Submitted June 7, 1915; decided June 15, 1915.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the second
judicial department, entered January 15, 1915, which
affirmed an order of Special Term dismissing a writ of
habeas corpus. ·

The motion was made upon the ground of failure to file the required undertaking.

*Frank L. Polk, Corporation Counsel (John H. Greener* of counsel), for motion.

*Franklin Bien* opposed.

Motion denied. (See *People ex rel. Van Riper* v. *N. Y. Catholic Protectory,* 106 N. Y. 604; *People ex rel. N. Y. Society P. C. C.* v. *Gilmore,* 88 N. Y. 626.)